# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DETENTION HEARING** |
| v. | CASE NUMBER **25-MJ-403** |
| **VICTOR VEGA ROJO** | |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Tony Byal | Hearing Began: <u>2:05 PM</u> |
| Hearing Held: May 1, 2025 at 2:00 PM | Hearing Ended: <u>2:09 AM</u> |

**Appearances:**
UNITED STATES OF AMERICA by: Megan Paulson
Victor Vega Rojo, in person, and by: Gabriela Leija     ☐ CJA  ☑ FDS  ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☐ None  ☑ Sworn: Alexandra Wirth

- ☐ Defendant consents to proceed via video
- ☐ Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)
- ☐ Court orders federal detainer
- ☐ Detention Hearing continued to: Date/Time
- ☑ Defendant is released on:  ☑ O/R bond ☑ *See* Order Setting Conditions of Release

Government agrees with conditions in PTS report and is not seeking defendant. Defense does not object.

Court orders defendant released on O/R Bond with conditions.

**Court sets Preliminary Hearing/Arraignment and Plea for 5/15/2025 at 9:45 AM**